# AFFIDAVIT FOR SEARCH WARRANT

State of Michigan
76th District Court
Isabella County

Case No: BNT-100-16

Page 1 of 4

POLICE AGENCY: BAYANET

Affiant, D/Tpr Randall Jordan, states that:

1. *The person, place or thing to be searched is described as and is located at:*

   The entire premises and curtilage together with any and all outbuildings, storage areas, common areas and any and all associated structures of the residence located at 316 N 3rd Street, Shepherd MI, 48883. Furthermore, the residence sits on the east side of N 3rd Street with the front door facing south. The numbers 316 are posted in gold on the southwest corner of the residence. The residence has tan siding with a brown colored roof and trim. There is a deck located on the south of the residence where you can access the front door. There is also another entrance on the east side of the residence.

   The entire premises and curtilage together with any and all outbuildings, storage areas, common areas and any and all associated structures located at 432 N 4th Street, Shepherd, MI, 48883. Furthermore, the main building structure sits on the east side of N 4th Street with the front door facing west. The numbers 432 are posted in small black numbers directly above the front door. The building structure is tan in color with a brown colored roof. There is also a garage bay door located on the west side of the structure, just north of the front door.

2. *The PROPERTY to be searched for and seized, if found is specifically described as:*

   Any and all controlled substances, whether scheduled or unscheduled, including, but not limited to drugs of any kind; narcotics of any kind; Methamphetamine, Marijuana, any and all Opiates or Opiate-derivatives, Cocaine, Heroin, Methamphetamine manufacturing components and or precursor chemicals used in or to be used in the manufacturing of Methamphetamine; any and all drug-related paraphernalia including but not limited to scales, packing material, rolling papers, pipes; any and all banking or business records, receipt books, check books, or registers; any and all currency issued by the United States or any other nation, to include counterfeit currency and/or any materials or devices used in the creation of counterfeit currency; any lock boxes or safes; firearms and weapons of any kind; telecommunication devices including but not limited to land line telephones, cellular telephones, or pagers; any and all computer hardware, software, or electronic media of any kind. Any information contained on cellular telephones, computers and electronic media. Any passwords/codes associated with any of the

electronic devices and or safes. Vehicles or persons present at or arriving during the execution of the search warrant. Any chemical or hazardous material that are located during the execution of the search warrant and deemed hazardous shall be destroyed per DEA and MSP Policy.

3. *The FACTS establishing probable cause or the grounds for search are:*

1. The Affiant, Detective Trooper Randall Jordan has been a police officer for over 7 years and is employed by the Michigan State Police. Affiant is currently assigned to the Bay Area Narcotics Enforcement Team (BAYANET). Affiant is experienced in investigating crimes, including crimes related to controlled substances. Your Affiant has participated in schools, seminars, lectures and trainings with the focus on drug enforcement. Your Affiant has participated in statewide drug enforcement investigations which included assisting in the prosecution.

2. Within the past several months, members of BAYANET have received anonymous tips stating the resident(s) at 316 N 3rd Street, Shepherd, MI were growing and possibly selling marijuana. One of the tips stated a male named Steven Fisher who resides at 316 N 3rd Street, Shepherd, MI was growing marijuana at his residence and was also processing the marijuana into THC wax at Fisher's work shop located at 432 N 4th Street, Shepherd, MI. The anonymous tipster stated they had seen the finished THC wax product inside the shop and described it as approximately seven flat, pizza sized brownish colored substances that "Looked like peanut butter brittle without peanuts". Based on your affiant's training and experience, the description given of the marijuana/THC wax was extremely accurate and described the finished product of marijuana/THC wax after it has been extracted from the marijuana plant.

3. On 03-22-2016, D/Tpr Jordan and Det Brown conducted a trash pull at 316 N 3rd Street, Shepherd, MI. Two bags of trash were removed from a trash bin located at the edge of the driveway consistent with normal trash pickup from the residence. Suspected marijuana (Field Tested positive), wax paper with suspected marijuana/THC wax, and mail for Steven and Leslie Fisher were located inside the two trash bags.

4. On 04-12-2016, D/Tpr Jordan and Det Brown conducted a second trash pull at 316 N 3rd Street, Shepherd, MI. Three bags of trash were removed from a trash bin located at the edge of the driveway consistent with normal trash pickup from the residence. Suspected marijuana (Field Tested positive), marijuana stems, wax paper with suspected marijuana/THC wax, and mail for Steven and Leslie Fisher were located inside the two trash bags.

5. D/Tpr Jordan checked the Isabella County Land Records and found Steven and Leslie Fisher were the registered owners of 316 N 3rd Street, Shepherd, MI and 432 N 4th Street, Shepherd, MI.

6. Your Affiant knows from experience and training that persons trafficking in controlled substances often record their transactions or otherwise documents their controlled substance trafficking activities in ways that include but not limited to documents, videotapes, photographs, computer disks, cell phone and other means. It is also common for valuable items to be traded as compensation for obtained drugs and narcotics, these items often include tools, televisions, electronic equipment and firearms. It is also common for firearms and other weapons to be kept for, and/or used for protection of one's drug trafficking organization.

7. In your affiants training and experience it is common for drug users and/or traffickers to use/possess or sell many different types of illegal narcotics.

8. Based on Affiant's training and experience, Affiant is aware that people who sell/use controlled substances will store the controlled substances, money related to the controlled substances, scales, drug paraphernalia throughout the whole residence, including common areas, bedrooms, kitchen areas, bathrooms, closets, adjoining rooms, garages, basements/crawl space, attics, motor vehicles, on their person etc..

Wherefore, Affiant has probable cause to believe and does believe that evidence of a crime is located in the place sought to be searched.

This affidavit consists of 4 pages.

_____ # 565
Affiant

Reviewed on: 4/12/2016   Subscribed and sworn to before me on: 4/12/2016

By: _____
Prosecuting Attorney

_____
Judge/Magistrate