# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# NORTHERN DIVISION

LESLIE FISHER,

   Plaintiff,                                        Case No.  17-CV-12504-TLL
                                                   HON. Thomas L. Ludington

Vs.

MICHIGAN STATE POLICE DETECTIVE
TROOPER RANDALL JORDAN,
MICHIGAN STATE POLICE LIEUTENANT
MATTHEW RICE,
MICHIGAN STATE POLICE DETECTIVE
SERGEANT JOHN TRAFELET AND
MT. PLEASANT POLICE OFFICER
JASON POWELL,

Jointly and Severally,
   Defendants.
_____/

| | |
|---|---|
| David F. Zuppke (P31240) | John G. Fedynsky (P65232) |
| DAVID F. ZUPPKE, PLC | Assistant Attorney General |
| Attorney for Plaintiff | Attorney for MSP Defendant |
| 25892 Woodward Ave. | Jordan, Rice and Trafelet |
| Royal Oak, MI 48067 | Civil Litigation, Employment |
| (248) 206-5900 | Elections Division |
| david@zuppkelaw.com | P.O. Box 30217 |
| | Lansing, MI 48909 |
| Andrew J. Brege (P71474) | (517) 373-6434 |
| JOHNSON, ROSATI, | FedynskyJ@michigan.gov |
| SCHULTZ & JOPPICH, P.C. | |
| Attorney for Def. Jason Powell | |
| 822 Centennial Way, Ste. 270 | |
| Lansing, MI 48917 | |
| (517) 886-3800 | |
| abrege@jrsjlaw.com | |

_____/

## STIPULATED ORDER STAYING PROCEEDINGS

**WHEREAS,** this case involves claims arising out of the arrest and prosecution of Plaintiff and her husband, Steve Fisher ("husband"), which resulted in all criminal charges being quashed.  Husband's criminal case (only) is currently pending on appeal in the Michigan Court of Appeals.

The Defendants wish to conduct a discovery deposition of husband, who due to his criminal appeal, plans to assert his Fifth Amendment right not to testify to the matters relevant to this case.  As a result, the parties will be prejudiced if forced to continue without husband's testimony at this time.  Accordingly, the parties agree that it is in the best interests of the parties, and the efficient administration of justice, to place this litigation on "stay" pending the final disposition of husband's relevant appeals.

ACCORDINGLY:

**IT IS ORDERED THAT** without imposing any costs on any party, this action and any applicable statutes of limitation as to Plaintiff's claims are stayed until 90 days after final resolution of all criminal proceedings related to the prosecution of husband or until the

further order of this Court. Any party to this action may file notice to the other parties and this Court that all applicable appeals have been exhausted.

**IT IS SO ORDERED.**

s/Thomas L. Ludington<br>THOMAS L. LUDINGTON<br>United States District Judge

Dated: April 6, 2018

Stipulated and Approved for Entry:

| | |
|---|---|
| */s/ David F. Zuppke* | */s/Andrew J. Brege* |
| David F. Zuppke (P31240) | Andrew J. Brege (P71474) |
| Attorney for Plaintiffs | Attorney for Defendant Powell |

*/s/John G. Fedynsky*
John G. Fedynsky (P65232)
Assistant Attorney General
Attorney for MSP Defendants
Jordan, Rice and Trafelet

Dated: April 2, 2018

---

PROOF OF SERVICE

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on April 6, 2018.

s/Kelly Winslow
KELLY WINSLOW, Case Manager